DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORATION 1 OF THE TREASURE COAST, INC.,** a/a/o
**CHRISTIANNE CALERO,**
Appellant,

v.

**FIDELITY FIRE & CASUALTY COMPANY** d/b/a **FRONTLINE
HOMEOWNERS INSURANCE,**
Appellee.

No. 4D18-1925

[April 25, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Thomas J. Walsh, Judge; L.T. Case No. 562016CA000480.

Chad A. Barr of Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellant.

Karen Fultz of Sheehe & Associates, P.A., Miami and Jay M. Levy and Ryan L. Marks of Jay M. Levy, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***